UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

LAWRENCE J. ARNOLD,

    Plaintiff,

Case No. 1:04-cv-460

vs.

Hon. Wendell A. Miles

COMMISSIONER OF SOCIAL
SECURITY,

    Defendant.
_____/

## JUDGMENT APPROVING MAGISTRATE JUDGE'S REPORT AND RECOMMENDATION

On July 5, 2005, United States Magistrate Judge Hugh W. Brenneman, Jr., issued a Report and Recommendation ("R & R") recommending that the Commissioner's decision be affirmed in this matter. The plaintiff, Lawrence J. Arnold, filed objections to the R & R on July 14, 2005.

The court, having reviewed the R & R filed by the United States Magistrate Judge in this action, the relevant portions of the file, plaintiff's objections, and the response of the Commissioner, determines that the Magistrate Judge has made a thorough and accurate review of all appealable issues and agrees with the reasoning and recommended disposition contained in the R & R. Therefore, the court hereby approves and adopts the R & R as the decision of the court. The final decision of the Commissioner of Social Security is affirmed. Plaintiff's claim for Disability Insurance Benefits is denied.

**IT IS SO ORDERED.**

Date: August 26, 2005                              /s/ Wendell A. Miles
                                                                       Wendell A. Miles
                                                                       Senior U.S. District Judge